UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    RICHARD E HACKSTOCK  
    DIANE E HACKSTOCK  
    Debtor(s)

Case No. 07-02552

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/14/2007.

2) The plan was confirmed on 05/23/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/14/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/04/2009.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $39,130.00.

10) Amount of unsecured claims discharged without payment: $65,531.11.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,156.88 |
| Less amount refunded to debtor | $256.88 |

**NET RECEIPTS:** $9,900.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,674.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $475.60 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,149.60

Attorney fees paid and disclosed by debtor: $826.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFFINITY CASH LOANS | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED ANESTHESIOLOGIST JT | Unsecured | 2,440.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CARDIOVASCULAR PH | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED GASTROENTEROLOGY | Unsecured | 3,200.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| CALVARY PORTFOLIO SERVICES | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL ILL RADIOLOGICAL ASSO | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| CHAPMANS MECHANICAL SYS | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 1,450.00 | 1,447.59 | 1,447.59 | 279.97 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | NA | 100.00 | 100.00 | 19.34 | 0.00 |
| COMMUNITY HOSPITAL OTTAWA | Unsecured | 1,060.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL CAR CLUB | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CPS SECURITY | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| CREDIT RECOVERY INC | Unsecured | 16,700.00 | NA | NA | 0.00 | 0.00 |
| DANBURY MINT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DORIAN LASAINE & ASSOC | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CONTROL SYSTEMS | Unsecured | 180.00 | 976.01 | 976.01 | 188.77 | 0.00 |
| FOX VALLEY VETERINARY CLINIC | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN & SEIDELMANN | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| GASTROETEROLOGY | Unsecured | 1,740.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Secured | 250.00 | 825.00 | 825.00 | 825.00 | 21.11 |
| I NEED CASH | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| ICS INC | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| IJAZ QAYYUM MD | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS VALLEY COMMUNITY HOS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS VALLEY FAMILY MED | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS VALLEY MRS | Unsecured | 1,130.00 | 1,241.00 | 1,241.00 | 240.02 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JOHNSON BUNCE & NOBLE | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH KOKOSZKA MD. | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| LELA DEMETER MD | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY MEDICAL SUPPLIES | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Secured | 3,069.00 | 3,068.73 | 3,068.73 | 3,068.73 | 0.00 |
| LITTON LOAN SERVICING INC | Secured | NA | NA | NA | 0.00 | 0.00 |
| METHODIST MEDICAL CTR | Unsecured | 3,540.00 | NA | NA | 0.00 | 0.00 |
| MOHAMMAD GHAFOOR MD | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL MONEY STORE | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| NEWSOME PHYSICAL THERAPY NTW | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,050.00 | 903.90 | 903.90 | 174.82 | 0.00 |
| NICOR GAS | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN CO | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| PEMS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| PEORIA SURGICAL GROUP | Unsecured | 3,540.00 | NA | NA | 0.00 | 0.00 |
| POSTAL COMM SOCIETY | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 350.00 | 472.00 | 472.00 | 91.28 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 400.00 | 378.25 | 378.25 | 73.16 | 0.00 |
| RADIOLOGY & NUCLEAR CONSUL | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 250.00 | 242.18 | 242.18 | 46.84 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 600.00 | 555.27 | 555.27 | 107.39 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 630.00 | 679.23 | 679.23 | 131.37 | 0.00 |
| RUSH SURGICENTER | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| SBC AMERITECH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 440.00 | 440.00 | 440.00 | 85.10 | 0.00 |
| SINGH MD | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SKIPS AUTO REPAIR | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| ST MARYS HOSPITAL | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| STARRETT MEDICAL ASSOC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| SUN LOAN OTTAWA IL | Unsecured | 1,000.00 | 764.06 | 764.06 | 147.77 | 0.00 |
| TARGET | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| TERMINIX | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| THRUSH SANITATION SRV | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | 3,400.00 | 9,809.66 | 9,809.66 | 1,897.24 | 0.00 |
| VERONICA GARCIA MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 1,300.00 | 595.52 | 595.52 | 115.18 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 500.00 | 1,227.00 | 1,227.00 | 237.31 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,068.73 | $3,068.73 | $0.00 |
| Debt Secured by Vehicle | $825.00 | $825.00 | $21.11 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,893.73** | **$3,893.73** | **$21.11** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,831.67** | **$3,835.56** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,149.60 |
| Disbursements to Creditors | $7,750.40 |
| **TOTAL DISBURSEMENTS :** | **$9,900.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/16/2010         By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**